**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **RAY ANTHONY INTERNATIONAL, LLC,** | **Bankruptcy No. 10-26576-MBM** |
| **Debtor,** | **Chapter 11** |
| **RAY ANTHONY INTERNATIONAL, LLC,** | **Document No.** |
| **Movant.** | |
| **vs.** | |
| **NO RESPONDENT** | |

_____

| | |
|---|---|
| **RAY G. ANTHONY,** | **Bankruptcy No. 10-26552-MBM** |
| **Debtor,** | **Chapter 11** |
| **RAY G. ANTHONY,** | **Document No.** |
| **Movant.** | |
| **vs.** | |
| **NO RESPONDENT** | |

## MOTION FOR JOINT ADMINISTRATION OF ESTATES

**AND NOW**, come Ray Anthony International, LLC and Ray G. Anthony, Debtors, by and through their Counsel, Robert O Lampl, John P. Lacher and Elsie R. Lampl, and file this **MOTION FOR JOINT ADMINISTRATION OF ESTATES,** as follows:

1.     The Movants are Ray Anthony International, LLC which commenced a voluntary Chapter 11 Case on September 15, 2010 and Ray G. Anthony which commenced a voluntary Chapter 11 Case on September 14, 2010.

2. Authority for joint administration is provided under 11 U.S.C. Section 105(a) and Section 302(b) and Bankruptcy Rule 1015(b)(4).

3. Appropriate grounds for the joint administration of these Estates is as follows:

a. These Estates involve two related Debtors who have common ownership and equity security holders.

b. The claims in both Estates are overlapping and duplicative.

c. Both Debtors are represented by identical Counsel whose services have benefited both Estates equally.

d. The consolidation of these Estates would aid in expediting these Cases and rendering the process less costly.

e. No party-in-interest would be prejudiced by a joint administration.

**WHEREFORE**, an appropriate Order should be entered.

Respectfully Submitted,

/s/ *Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
ELSIE R. LAMPL
PA I.D. #208867
960 Penn Avenue
Suite 1200
Pittsburgh, PA 15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **RAY ANTHONY INTERNATIONAL, LLC,** | **Bankruptcy No. 10-26576-MBM** |
| **Debtor,** | **Chapter 11** |
| **RAY ANTHONY INTERNATIONAL, LLC,** | **Document No.** |
| **Movant.** | |
| **vs.** | |
| **NO RESPONDENT** | |

_____

| | |
|---|---|
| **RAY G. ANTHONY,** | **Bankruptcy No. 10-26552-MBM** |
| **Debtor,** | **Chapter 11** |
| **RAY G. ANTHONY,** | **Document No.** |
| **Movant.** | |
| **vs.** | |
| **NO RESPONDENT** | |

## <u>CERTIFICATE OF SERVICE</u>

I, Robert O Lampl, John P. Lacher and Elsie R. Lampl, hereby certify that on the

21<u>st</u> day of September, 2010, a true and correct copy of the within **MOTION FOR JOINT**

**ADMINISTRATION OF ESTATES** was served upon the following *(via electronic*

*service):*

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

*/s/Robert O Lampl*
ROBERT O LAMPL
PA I.D. #19809
JOHN P. LACHER
PA I.D. #62297
ELSIE R. LAMPL
PA I.D. #208867
960 Penn Avenue
Suite 1200
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email: rlampl@lampllaw.com