B210
(12/04)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

RAY ANTHONY INTERNATIONAL, LLC, and
RAY G. ANTHONY, individually,

    Debtors.

Jointly Administered at:
Case No. 10-26576-TPA

Chapter 11

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Vision Financial Group, Inc.** | **Ameriserv Financial Bank** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent | Court Record Address of Transferor (Court Use Only) |
| **Vision Financial Group, Inc.** | |
| **c/o McGrath Law Group, P.C.** | |
| **Three Gateway Center, Suite 1375** | |
| **401 Liberty Avenue, Pittsburgh, PA 15222** | |
| | |
| Phone: 412-281-4333 | |
| Last Four Digits of Acct. #: 0100 | Last Four Digits of Acct. #: 0100 |
| | |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor |
| **Vision Financial Group, Inc.** | **Ameriserv Financial Bank** |
| **615 Iron City Drive** | **1501 Somerset Avenue, 2nd Floor** |
| **Pittsburgh, PA 15205** | **Windber, PA 15963** |
| | |
| Phone: 412-539-1500 Ext. 204 | Phone: 814-533-5492 |
| Last Four Digits of Acct. #: 0100 | Last Four Digits of Acct. #: 0100 |

Court Claim # (if known): 162
Amount of Claim: $383,667.51
Date Claim Filed: December 3, 2010

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: June 27, 2011
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____   _____
                                                        **CLERK OF THE COURT**