B210
(12/04)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Jointly Administered at:<br>Case No. 10-26576-TPA |
| RAY ANTHONY INTERNATIONAL, LLC, and<br>RAY G. ANTHONY, individually, | Chapter 11 |
| Debtors. | |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Vision Financial Group, Inc.**
Name of Transferee

Name and Address where notices to transferee
should be sent
**Vision Financial Group, Inc.**
**c/o McGrath Law Group, P.C.**
**Three Gateway Center, Suite 1375**
**401 Liberty Avenue, Pittsburgh, PA 15222**

Phone: 412-281-4333
Last Four Digits of Acct. #: 0100

Name and Address where transferee payments
should be sent (if different from above)
**Vision Financial Group, Inc.**
**615 Iron City Drive**
**Pittsburgh, PA 15205**

Phone: 412-539-1500 Ext. 204
Last Four Digits of Acct. #: 0100

Court Claim # (if known): 174
Amount of Claim: $383,667.51
Date Claim Filed: December 3, 2010

**Ameriserv Financial Bank**
Name of Transferor

Court Record Address of Transferor
(Court Use Only)

Last Four Digits of Acct. #: 0100

Name and Current Address of Transferor
**Ameriserv Financial Bank**
**1501 Somerset Avenue, 2nd Floor**
**Windber, PA 15963**

Phone: 814-533-5492
Last Four Digits of Acct. #: 0100

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: June 27, 2011
    Transferee/Transferee's Agent
*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

~DEADLINE TO OBJECT TO TRANSFER~
The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
                                  CLERK OF THE COURT